IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

**UNITED STATES OF AMERICA**

**v.**                                          CRIMINAL NO.: 1:22-00104

**ARICA L. ANDERSON**

## MEMORANDUM OPINION AND ORDER

In a hearing held in Charleston, on July 11, 2023, the defendant appeared in person and by counsel, John Clark Anderson, and the United States appeared by Assistant United States Attorney Andrew D. Isabell, and Amanda Brookman of the Probation Office of this court appeared for the purpose of considering the Petition for Action on Conditions of Pretrial Release and Amended Petition for Action on Pretrial Release, filed in this matter on June 7, 2023, and July 10, 2023.

Based upon the defendant's admission of the violations in the petition and amended petition, as well as her concession that the government would be able to prove violation number 1 by a preponderance of the evidence, the court found probable cause to believe that defendant has committed a Federal, State, or local crime while on release, and clear and convincing evidence that defendant has violated her conditions of release.  Defendant did not contest the revocation of her bond pending sentencing.

After determining that the defendant would be unlikely to abide by any condition or combination of conditions of her release, the court ORDERED that the defendant's bond be REVOKED.

Thereafter, the court ORDERED that the defendant be remanded to the custody of the United States Marshal pending her sentencing.

The Clerk is directed to send copies of this Order to counsel of record, the United States Marshal for the Southern District, and the Probation Office of this court.

IT IS SO ORDERED this 11th day of July, 2023.

                ENTER:

                David A. Faber
                Senior United States District Judge